**No. 48183.**—Protest 89517–K of Frankie Clara Young (Tampa).

Opinion by KEEFE, J. At the trial it was found that the protest was filed prior to the liquidation of the entry and the Government attorney moved for the dismissal of it under section 514, Tariff Act of 1930. In accordance therewith motion to dismiss without prejudice was granted.

**No. 48184.**—Protests 96582–K (A), etc., of Czarnikow Rionda Co. (New York).

Opinion by KEEFE, J. From an examination of the papers in the case the court was unable to find anything sufficient to overcome the action of the collector, which was held presumptively correct.

**No. 48185.**—Protest 76609–K of R. A. Sanford (Galveston).

Opinion by KEEFE, J. From an examination of the papers in the case the court was unable to find anything sufficient to overcome the action of the collector, which was held presumptively correct.